June 20, 2008

Ms. Felicia Norvell
Craddock, Reneker & Davis LLP
3100 Monticello Avenue, Suite 550
Dallas, TX 75205

Mr. Michael Allen Starzyk
Starzyk & Associates
10200 Grogan's Mill Road, Suite 300
The Woodlands, TX 77380
Honorable Kenneth H. Keeling
278th District Court of Walker County
1100 University Ave., Ste. 303
Huntsville, TX 77340-4642

RE: Case Number: 06-0943
 Court of Appeals Number: 10-06-00312-CV
 Trial Court Number: 23213

Style: IN RE FLEETWOOD HOMES OF TEXAS, L.P. AND FLEETWOOD
 ENTERPRISES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Robyn |
| |Flowers |